CUNNINGHAM v. THE HANNIBAL & ST. JOSEPH RAILROAD COMPANY, *Appellant.*

**Railroad**: DAMAGE TO CATTLE: ACTION UNDER 43RD SECTION. In an action against a railroad company, for injury to cattle, brought before a justice of the peace under section 43 of the railroad law, (Wag. Stat., 310,) the statement must show that the injury was occasioned by the failure of the company to erect and maintain good and substantial fences along the sides of its road. *Luckie v. C. & A. R. R. Co.*, 67 Mo. 245.

*Appeal from Buchanan Circuit Court.*—HON. JOS. P. GRUBB, Judge.

REVERSED.

*Geo. W. Easley* and *A. W. Mullins* for appellant.

*L. E. Carter* for respondent.

NORTON, J.—This suit was brought to recover double damages for injuries to plaintiff's cow while on defendant's road in Washington township, Buchanan county, and is founded on the 43rd sec. of 1 Wag. Stat., 310. To authorize a recovery under this section the statement of the cause of action must allege that the injury complained of was

occasioned by the failure of the company to erect and maintain good and substantial fences along the sides of their road. The statement in the case before us neither contains such an averment, nor any one equivalent to it, and it must, therefore, be held to be insufficient to support the judgment rendered by the trial court. This point was expressly so passed upon in the cases of *Luckie v. Chicago & Alton R. R. Co.*, 67 Mo. 245, and *Cecil v. Pacific R. R. Co.*, 47 Mo. 246. Judgment reversed, in which all the judges concur.